# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID BLAKE COUTEE

NO. 2025 KW 0907

**NOVEMBER 3, 2025**

---

In Re:   David Blake Coutee, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 48994.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

**WIL**
**CHH**

**Wolfe, J.,** dissents and would grant the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT